UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                            **Date:** 4/2/25

**JUDGE: MADELINE COX ARLEO**

COURT REPORTER: Diane DiTizii

DEPUTY CLERK: Amy Andersonn

**Title of Case:**                                                **Docket No.** 24-cr-407(MCA)-9

U.S.A. v. MICHAEL TOAL

**Appearances:**

Katherine Romano AUSA, for the Government
Michael Chazen, Esq., for defendant TOAL

**Nature of proceedings**: PLEA HEARING

Ordered defendant sworn.
Deft. advised of rights.
Defendant pled guilty to the Indictment.
Rule 11 form filed.
ORDERED sentence date set for 10/23/25 at 11:00 a.m.
ORDERED continued bail.

Time Commenced 12:15 p.m.
Time Adjourned 12:30 p.m.

*Amy Andersonn*
Deputy Clerk